JANUARY 20, 1955

**No. 58719.**—Carey & Skinner, Inc. v. United States, protest 165414–K.—

—Abstract 58551. (Initial No. 165389–K.) Plaintiff's motion for rehearing of protest 165414–K granted. The protest having been abandoned as to all entries, same was dismissed.

JANUARY 18, 1955

**No. 58720.**—SUIT 4790.—Moscahlades Bros., Inc. v. United States.—OLIVES IN BRINE—OLIVES, NOT SPECIALLY PROVIDED FOR.—C. D. 1534 reversed November 9, 1954. C. A. D. 575.

BEFORE THE FIRST DIVISION, JANUARY 27, 1955

**No. 58721.**—Metasco, Inc., et al. v. United States, protests 236439–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of hot plate mats of wood the same in all material respects as those the subject of Abstract 57261, the claim of the plaintiffs was sustained.

**No. 58722.**—American Basket Corporation v. United States, protest 224665–K (New York).

Opinion by MOLLISON, J. In accordance with oral stipulation of counsel that the merchandise, designated as item No. 33 on the invoice, was, in fact, baskets that are exclusively used in the manufacture of handbags, and that they are composed wholly of willow, the claim of the plaintiff was sustained as to said item.